### RATHEL *v.* FORT.

ATKINSON, J.   In a suit against a mortgagor individually to foreclose a mortgage on land, it is no defense to the foreclosure that after the mortgage was given a part of the land covered by the mortgage had been set apart to the defendant as the head of a family for a homestead.   See *Rutledge* v. *McFarland*, 75 *Ga.* 774; *Derrick* v. *Sams*, 98 *Ga.* 397 (25 S. E. 509, 58 Am. St. R. 309).   There was no error in striking so much of the plea as sought to set up such defense.

*Judgment affirmed.   All the Justices concur, except Fish, C. J., absent.*

MARCH 19, 1910.

Foreclosure of mortgage.　Before Judge Worrill.　Miller superior court.　August 9, 1909.

*W. I. Geer,* for plaintiff in error.

*R. W. Grow* and *J. R. Pottle,* contra.